EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES R. PORTER
Sp. Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. **CR02 00526 HG** |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| vs. ) | [18 U.S.C. § 922 (g)(1); |
| ) | 18 U.S.C. § 922 (g)(3)] |
| MARK S. CHESLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## I N D I C T M E N T

### COUNT 1

The Grand Jury charges that:

On or about November 16, 2002, in the District of Hawaii, defendant MARK S. CHESLER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: an Norinco assault rifle bearing Serial Number 9379106.

All in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

The Grand Jury further charges that:

On or about November 16, 2002, in the District of Hawaii, defendant MARK S. CHESLER, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit: a Norinco assault rifle bearing Serial Number 9379106.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: 12/12/02 , 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES R. PORTER
Assistant U.S. Attorney