ORIGINAL

Prob 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**United States District Court**
**FOR THE**

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 10 2007

at 3 o'clock and 15 min. P M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No. CR 02-00526HG-01

MARK S. CHESLER

On 9/15/2003, the above named was placed on probation for a period of five (5) years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that he be discharged from probation at this time, having served 47 months of supervision.

Respectfully submitted,

J. Martin Romualdez

J. MARTIN ROMUALDEZ
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 30th day of August, 2007.

HELEN GILLMOR
Chief U.S. District Judge